IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MANNY G. MOTORS, LLC, | § § § | |
| PLAINTIFF, | § § | |
| V. | § | Case no. 5:17-cv-00565-OLG |
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY, | § § § | |
| DEFENDANT. | § | |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Manny G. Motors, LLC ("MGM" and/or "Plaintiff") and Defendant, Universal Underwriters Insurance Company ("UUIC" and/or "Defendant") (MGM and UUIC are referred to collectively as the "Parties") and file this Agreed Motion for Dismissal with Prejudice under Fed. R. Civ. P. 41(a), and for same would respectfully show the Court as follows:

### I. BACKGROUND

The Parties successfully mediated this cause with Mr. Pat Boone on January 3, 2018 and the Parties have entered a settlement agreement. Therefore, the Parties respectfully request that the Court dismiss all claims and causes of action herein with prejudice to the refiling of same and assign all costs of court to the Party incurring same.

### II. PRAYER

WHEREFORE, Manny G. Motors, LLC and Universal Underwriters Insurance Company respectfully pray that the Court dimiss all claims and causes of action herein with prejudice to the refiling of same.

Respectfully submitted:

By: /s/ Mark Bindock
Mark Bindock
Texas Bar: 02319800
Bindock Law Firm
118 West Rhapsody
San Antonio, Texas 78216
Telephone: 210-377-1200
800-777-2323
Facsimile: 210-377-1241
mark@bindocklaw.com
ATTORNEY FOR PLAINTIFF

And

*/s/ Alissa K. Christopher*
Alicia G. Curran (Lead Attorney)
State Bar No. 12587500
Southern District Bar No. 19226
Alissa K. Christopher
State Bar No. 11531020
Southern District Bar Number 16201
COZEN O'CONNOR
1717 Main Street, Suite 3400
Dallas, Texas 75201
Telephone: (214) 462-3000
Facsimile: (214) 462-3299
acurran@cozen.com
akchristopher@cozen.com

ATTORNEYS FOR DEFENDANT
UNIVERSAL UNDERWRITERS INSURANCE
COMPANY